UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSSI MACLIN #148084,

       Plaintiff,                  CIVIL ACTION NO. 12-12480

  v.                               DISTRICT JUDGE SEAN F. COX

KELLY HOLDEN, and           MAGISTRATE JUDGE MARK A. RANDON
RICHARD CADY,

       Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY (DKT. NO. 18)

This matter is before the Court on Defendants Richard Cady and Kelly Holden's Motion to Stay Discovery. (Dkt. No. 18). Having reviewed the motion,

**IT IS ORDERED** that, for the reasons stated therein, the motion is **GRANTED**, and discovery is **STAYED** pending resolution of Defendants' dispositive motions or until further order of this Court.

                               s/Mark A. Randon
                               Mark A. Randon
                               United States Magistrate Judge

Dated: November 29, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 29, 2012, by electronic and/or ordinary mail.*

                               *s/Melody Miles*
                               *Case Manager*