UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSS MACLIN,

       Plaintiff,

                            Case No. 12-12480
                            HON. GERSHWIN A. DRAIN

vs.


KELLY HOLDEN, *et al.*,

       Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#42] AND STRIKING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION [#40]**

      On June 7, 2012, Plaintiff brought the instant prisoner civil rights action alleging Defendants have violated his First Amendment rights. This matter has been referred to Magistrate Judge Mark A. Randon, who granted Plaintiff's request for the appointment of counsel on September 26, 2013. On that same date, counsel filed a Notice of Appearance and Plaintiff filed a Request for Preliminary Injunction.

      On September 30, 2013, Magistrate Judge Randon issued a Report and Recommendation recommending the Court strike Plaintiff's Request for Preliminary Injunction because Plaintiff is currently represented by counsel. *See* 28 U.S.C. § 1654. No objections have been filed to the Report and Recommendation. Upon review of the Report and Recommendation, the Court concludes that Magistrate Judge Randon reached the correct conclusion.

-1-

Accordingly, Magistrate Judge Mark A. Randon's September 30, 2013 Report and Recommendation [#42] is ACCEPTED AND ADOPTED.  Plaintiff's Request for Preliminary Injunction [#40] is HEREBY STRICKEN.

SO ORDERED.

Dated: January 14, 2014

/s/Gershwin A Drain
GERSHWIN A.  DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 14, 2014, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk